In the Matter of the Judicial Settlement of the Account of FRANCIS J. OAKES,

JR., Individually and as Executor, etc., of FRANCIS J. OAKES, Deceased.— Decree affirmed, without costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.